COMMONWEALTH of Pennsylvania,
Petitioner,

v.

Sean Alan HUFF, Respondent.

Supreme Court of Pennsylvania.

March 10, 2004.

## ORDER

PER CURIAM.

AND NOW, this 10 th day of March, 2004, the Petition for Allowance of Appeal is **GRANTED,** and the order of the Superior Court is **REVERSED,** pursuant to *Commonwealth v. Ellis,* 541 Pa. 285, 662 A.2d 1043, 1047 (1995) (reasonable suspicion is all that is required to support initial investigative detention). Jurisdiction relinquished.